Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:          (619) 233-7770
Office Fax Number:      (619) 297-1022

*Attorneys for Plaintiff*
Sam Devine

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sam Devine,<br><br>                    Plaintiff,<br><br>v.<br><br><br>The Judge Law Firm, ALC and Stonecrest Village Master Association,<br><br>                    Defendants. | **Case No.: 3:16-cv-02999-AJB-MDD**<br><br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//

1    NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.

2  The Plaintiff anticipates filing a Request for dismissal of this action in its

3  entirety with prejudice within 60 days. Plaintiff requests that all pending dates

4  and filing requirements be vacated and that the Court set a deadline on or after

5  May 1, 2017 for filing a request for dismissal.

6

7  Respectfully submitted,

8

9  Date:  March 1, 2017                    **HYDE & SWIGART**

10

11                            By:   s/ Jessica R. K. Dorman

12                                  Jessica R. K. Dorman
                                    *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28