Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Sam Devine

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DEVINE,<br><br>             Plaintiff,<br><br>v.<br><br>THE JUDGE LAW FIRM, ALC and STONECREST VILLAGE MASTER ASSOCIATION,<br><br>             Defendants. | **Case No.: 3:16-cv-02999-AJB-MDD**<br><br>**JOINT MOTION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>**HON. ANTHONY J. BATTAGLIA** |
| STONECREST VILLAGE MASTER ASSOCIATION<br><br>             Cross-Claimant,<br><br>v.<br><br>THE JUDGE LAW FIRM, ALC and ROES 1 THROUGH 10, inclusive,<br>             Cross-Defendant. | |

Plaintiff SAM DEVINE, defendant/cross-defendant THE JUDGE LAW FIRM, ALC, and defendant/cross-plaintiff STONECREST VILLAGE MASTER ASSOCIATION (collectively "Parties") hereby jointly move this Court to dismiss the entire action, including the cross-claims, with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(ii).

WHEREFORE, the Parties respectfully request that this Court dismiss the entire action with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(ii). This Court retains jurisdiction for purposes of settlement.

Dated: May 30, 2018                   **HYDE & SWIGART, APC**

By: s/Yana A. Hart, Esq.
   Yana A. Hart
   *Attorney for Plaintiff*

**THE JUDGE LAW FIRM, ALC**

Dated: May 30, 2018

By: s/James Judge
   James Judge
   *Attorney for Defendant/*
   *Cross-Defendant,*
   *The Judge Law Firm, ALC*

**GORDON & REES LLP**

Dated: May 30, 2018

By: s/Christina Vander Werf
   Christina Vander Werf
   *Attorney for Defendant/*
   *Cross-Plaintiff, Stonecrest*
   *Village Master Association*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all Counsel whose signatures are attached above, and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: May 30, 2018                           **HYDE & SWIGART**

                                            By: s/Yana A. Hart, Esq.
                                                  Yana A. Hart
                                                  *Attorney for Plaintiff*