# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DEVINE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE JUDGE LAW FIRM, ALC and STONECREST VILLAGE MASTER ASSOCIATION,<br><br>　　　　Defendants. | **Case No.**: 3:16-cv-02999-AJB-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**(Doc. No. 56)** |
| STONECREST VILLAGE MASTER ASSOCIATION<br><br>　　　　Cross-Claimant,<br><br>v.<br><br>THE JUDGE LAW FIRM, ALC and ROES 1 THROUGH 10, inclusive,<br><br>　　　　Cross-Defendant. | |

1  Based upon the Joint Motion for Dismissal, this Court hereby orders the action
2  to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees
3  and costs.
4  IT IS SO ORDERED.
5  Dated: June 1, 2018

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge